IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CASEY A. BOYLES : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00795 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WARDEN, LONDON CORRECTIONAL : | |
| INSTITUTION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby ADOPTS IN ITS ENTIRETY the Report and Recommendation of the Magistrate Judge (doc. 9).  The Court further DENIES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus (doc. 1) and DENIES to issue a certificate of appealability as to all claims for relief. The Court hereby CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore any leave to proceed *in forma pauperis* on appeal is therefore DENIED

3/7/06                                                                James Bonini, Clerk


                                                                      s/Kevin Moser
                                                                      Kevin Moser
                                                                      Deputy Clerk